IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00331-AP

HANAN D. ANGSTADT,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    ANTHONY L. SOKOLOW, ESQ.
    Anthony L. Sokolow, P.C.
    1155 Kelly Johnson Blvd., Suite 111
    Colorado Springs, CO 80920
    (719) 260-3842
    asokolow@asokolow.com

    For Defendant:
    JOHN F. WALSH
    United States Attorney

    WILLIAM PHARO
    Assistant United States Attorney
    william.pharo@usdoj.gov

    THOMAS S. INMAN
    Special Assistant United States Attorney
    1001 17th Street
    Denver, Colorado 80202
    (303) 844-0014
    tom.inman@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 02/08/2011

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 04/26/2011

    C.    **Date Answer and Administrative Record Were Filed:** 06/27/2011

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** 08/29/2011

    B.    **Defendant's Response Brief Due:** 09/28/2011

    C.    **Plaintiff's Reply Brief (If Any) Due:** 10/13/2011

**9. STATEMENTS REGARDING ORAL ARGUMENT**

  A. **Plaintiff's Statement:** Oral argument is requested.

  B. **Defendant's Statement:** Oral argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

  A. **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

  B. **(x) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 18th day of July, 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

s/Anthony L. Sokolow
ANTHONY L. SOKOLOW, ESQ.
Anthony L. Sokolow, P.C.
1155 Kelly Johnson Blvd., Suite 111
Colorado Springs, CO 80920
(719) 260-3842
asokolow@asokolow.com

Attorney for Plaintiff

JOHN F. WALSH
UNITED STATES ATTORNEY

WILLIAM PHARO
Assistant United States Attorney

s/ Thomas S. Inman
THOMAS S. INMAN
Special Assistant U.S. Attorney
1001 17th Street
Denver, Colorado 80202
Telephone:  (303) 844-0014
tom.inman@ssa.gov

Attorneys for Defendant